JOSEPHINE E. KESTLER, PLAINTIFF-PETITIONER, v. HARRY COLEN *ET AL.*, DEFENDANTS-RESPONDENTS.

*Miss Josephine E. Kestler, in propria persona.*

*Messrs. Parsons, Labrecque, Canzona & Combs, Mr. John Warren, Jr.,* and *Mr. Morris Chesler* for the respondents.

December 8, 1958. Denied.

FRANK CRETER, PLAINTIFF-RESPONDENT, v. HARRY CRETER, DEFENDANT-PETITIONER.

See same case below: 52 *N. J. Super.* 197.

*Mr. Matthew Krafte* and *Mr. Samuel A. Larner* for the petitioner.

*Messrs. Weltchek & Weltchek,* and *Mr. Ernest Prupis* for the respondent.

December 8, 1958. Granted.